### CRATE OWENS *v.* COMMONWEALTH.

[Abstract Kentucky Law Reporter, Vol. 1—124.]

**Criminal Law—Indictment.**

> An indictment is sufficient which alleges that the accused did unlawfully shoot and wound a named person with an intention to kill him.

APPEAL FROM PULASKI CIRCUIT COURT.

June 17, 1880.

OPINION BY JUDGE PRYOR:

The indictment contains every allegation necessary to constitute the offense.   It is alleged that the accused did unlawfully shoot and wound Henry Turner with an intention to kill him.

This was not only a shooting at, but with the intention to kill.   The court did not abuse its discretion in refusing to continue the case,

and, from the testimony of Turner, if the witness had been present, the verdict should have been the same.

Judgment *affirmed.*

*Morrow & Newell, for appellant.   P. W. Hardin, for appellee.*